```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DILENIA PAGUADA,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :         20-CV-6379 (VSB)
            -against-                                       :
                                                            :              **ORDER**
LACROSSE TECHNOLOGY, LTD.,                                  :
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 12, 2020, (Doc. 1), and Defendant requested, and was granted, an extension of time to respond to Plaintiff's complaint until October 16, 2020, (Doc. 9.) Defendant never responded, and Plaintiff has failed to take further action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 27, 2021. If Plaintiff fails to do so or otherwise demonstrates that she does not intend to prosecute, I will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 16, 2021
           New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                        United States District Judge